MISSOURI, O. & G. RY. CO. v. JOHNSON.

No. 2187. Opinion Filed October 15, 1912.

(127 Pac. 386.)

**APPEAL AND ERROR**—Failure to File Briefs—Dismissal. Where plaintiff in error fails to comply with the rules of this court, requiring it to serve a brief on counsel for defendant in error and at the same time to file fifteen copies of its brief with the clerk of the court, its case, on being reached for submission, will be dismissed.

(Syllabus by Sharp, C.)

*Error from Pontotoc County Court;*
*Conway O. Barton, Judge.*

Action by C. F. Johnson against the Missouri, Oklahoma & Gulf Railway Company. Judgment for plaintiff, and defendant brings error. Dismissed.

*Edward R. Jones, Duke Stone,* and *Leslie Maxey,* for plaintiff in error.

*Crawford & Bolen,* for defendant in error.

Opinion by SHARP, C.  The petition in error in this case was filed in this court on December 16, 1910.  Plaintiff in error has filed no brief.  On January 24, 1911, by written stipulation, the time for filing brief was extended for 90 days therefrom.  No brief, however, has at any time been filed, and upon authority of *Douglas v. Clayton Townsite Co.,* 29 Okla. 9, 115 Pac. 1016, and the cases therein cited, the appeal should be dismissed.

. By the Court:  It is so ordered.